UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00416-RSM<br><br>**ORDER GRANTING DEFENDANT VIGOR MARINE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER** |

Upon consideration of Defendant Vigor Marine's Unopposed Motion for 30-day Extension of Time to File Answer, the pleadings, and papers filed in this action,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER GRANTING DEFENDANT VIGOR MARINE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER 1

PDX\120355\220045\DBO\27777893.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

IT IS HEREBY ORDERED, the Plaintiffs Unopposed Motion for 30-day Extension of Time to File Answer be GRANTED.

Defendant must file an Answer to the complaint by May 20, 2020.

**SO ORDERED.**

Dated: April 20, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:  */s/ David R. Boyajian*
David R. Boyajian, WSBA #50195
Email:  dboyajian@schwabe.com
Noah Jarrett, WSBA #31117
Email:  njarrett@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
*Attorneys for Vigor Marine, Llc*

ORDER GRANTING DEFENDANT VIGOR MARINE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER 2

PDX\120355\220045\DBO\27777893.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

**CERTIFICATE OF SERVICE**

I hereby certify that on 17th day of April, 2020, I served the following ORDER GRANTING DEFENDANT VIGOR MARINE'S UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER on:

Anthony J. Gaspich
Attorney
Gaspich Law Office PLLC
8094 Barthrop Pl. NE
Bainbridge Island, WA 98110
(206) 956-4204
(206) 956-4214
tony@gaspichwilliams.com

J. Stephen Simms (pro hac vice application pending)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030
(410) 783-5795
(410) 510-1789
jssimms@simmsshowers.com

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

DATED this 17th day of April, 2020.

/s/ David R. Boyajian
David R. Boyajian

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\120355\220045\DBO\27777893.1