HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| Western Towboat Company, | * | |
| Plaintiff, | * | **IN ADMIRALTY** |
| v. | * | **CASE NO: C20-416-RSM** |
| Vigor Marine, LLC, | * | **JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE** |
| Defendant. | * | |
| | * | **NOTE FOR HEARING MONDAY, DECEMBER 7, 2020** |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 1

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789

1
2
3
4   Western Towboat Company ("Western") and Vigor Marine's ("Vigor") move jointly to extend to February 5, 2021 (from December 30, 2020) the present case schedule deadline for disclosure of expert testimony.

As grounds for this motion, Western and Vigor state that they have engaged in discovery but the relatively complex issues of the case require further time for identification of experts and presentation of expert reports.

All other case dates would remain the same.

Western and Vigor respectfully request this Court to grant their motion and herewith submit a draft order.

///

///

///

///

///

///

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 2

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789

Dated: December 7, 2020.

| **GASPICH LAW OFFICE PLLC** | **SIMMS SHOWERS LLP** |
|---|---|
| */s/ Anthony J. Gaspich* <br> Anthony J. Gaspich, WSBA No. 19300 <br> 8094 Barthrop Pl NE <br> Bainbridge Island, WA 98110 <br> Tel. (206) 956-4204 <br> Fax: (206) 956-4214 <br> tony@gaspichwilliams.com <br><br> *Attorneys for Plaintiff Western Towboat Company* | /s/ *J. Stephen Simms* <br> J. Stephen Simms <br> 201 International Circle, Suite 230 <br> Baltimore, Maryland 21030 <br> Ph:  410-783-5795 <br> Fax 410-510-1789 <br> jssimms@simmsshowers.com <br><br> *Attorneys for Plaintiff Western Towboat Company* |
| **SCHWABE, WILLIAMSON & WYATT, P.C.** <br><br> By: */s/ David R. Boyajian* <br> David R. Boyajian, WSBA #50195 <br> Email: dboyajian@schwabe.com <br> Noah Jarrett, WSBA #31117 <br> Email: njarrett@schwabe.com <br> 1211 SW 5th Ave., Suite 1900 <br> Portland, OR 97204 <br><br> *Attorneys for Defendant Vigor Marine, LLC* | |

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 3

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph:  410-783-5795
Fax 410-510-1789

# ORDER

The parties having so stipulated, and the Court finding good cause for entry hereof,

NOW, THEREFORE, IT IS HEREBY ORDERED that the date for disclosure of expert testimony shall be extended to February 5, 2021, all other dates in the Order Setting Trial and Related Dates (dkt 14) remaining the same.

Dated this 8th day of December, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 4

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789

Presented by:

**SIMMS SHOWERS LLP**

/s/ *J. Stephen Simms*
J. Stephen Simms
201 International Circle, Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com

**GASPICH LAW OFFICE PLLC**

s/*Anthony J. Gaspich*
Anthony J. Gaspich, WSBA No. 19300
Attorneys for Plaintiff
1000 Second Avenue, Suite 3330
Seattle, WA 98104
Tele. (206) 956-4204
Email: tony@gaspichwilliams.com

*Attorneys for Plaintiff Western Towboat Company*

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 5

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789

Approved as to form;
Notice of presentation waived

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: */s/ David R. Boyajian*
David R. Boyajian, WSBA #50195
Email: dboyajian@schwabe.com
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204

*Attorneys for Defendant Vigor Marine, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, I caused the foregoing to be filed on this Court's CM/ECF system for service on all record counsel.

/s/ *J. Stephen Simms*

Joint Motion and Order to Extend Expert Disclosure Deadline, No. 20-416 RSM - 6

Simms Showers LLP
201 International Circle
Suite 230
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789