|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 | The Honorable Ricardo S. Martinez |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| **WESTERN TOWBOAT COMPANY**, | No. 2:20-CV-00416-RSM |
|---|---|
| Plaintiff, | ORDER RE STIPULATED JOINT MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS |
| vs. | |
| **VIGOR MARINE, LLC**, | |
| Defendant. | |

Upon the stipulation of plaintiff Western Towboat Company and defendant Vigor Marine, LLC, and the court having found good cause shown, the deadlines for disclosure of expert testimony under FRCP 26(a)(2), filing motions related to discovery, completion of discovery, and for filing dispositive motions are extended as follows:

| Deadline for filing motions related to discovery<br>    Any such motion shall be noted for<br>    consideration pursuant to LCR7(d)(3) | March 1, 2021 |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 5, 2021 |
| Discovery completed by | April 1, 2021 |

ORDER GRANTING STIPULATED JOINT MOTION FOR
EXTENSION OF TIME - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX\120355\220045\AMU\29990364.1

| | | |
|---|---|---|
| 1 | All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d). | April 29, 2021 |

All other dates in the Order Setting Trial and Related Dates (Dkt. 14) remain the same.

IT IS SO ORDERED this 28ᵗʰ day of January, 2021

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SCHWABE, WILLIAMSON & WYATT, P.C.

s/ David R. Boyajian
David R. Boyajian, WSBA #50195
Email: dboyajian@schwabe.com
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

Counsel for Defendant Vigor Marine, LLC

ORDER GRANTING STIPULATED JOINT MOTION FOR EXTENSION OF TIME - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX\120355\220045\AMU\29990364.1