THE HONORABLE RICARDO S. MARTINEZ

**David R. Boyajian**, WSBA #50195
Email: dboyajian@schwabe.com
**Noah Jarrett**, WSBA #31117
Email: njarrett@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Attorneys for Defendant Vigor Marine, LLC*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00416-RSM<br><br>DISCLOSURE OF EXPERT TESTIMONY |

Pursuant to the court's December 8, 2020 Order and FRCP 26(a)(2), below is a list of the expert witnesses retained by Vigor Marine, LLC ("Vigor") in the above captioned matter. As discovery is not yet complete and Vigor has yet to conduct key depositions in this case, these experts have not yet prepared written reports.  Such reports will be disclosed as they become available.

    1.    *RADM Thomas H. Gilmour, USCG (Ret.)*.  Mr. Gilmour has been retained to provide expert opinion as to United States Coast Guard procedures, protocols, and communications in connection with the tow plan and the voyage, and on seamanship, standards of care, navigational decisions, etc.

    2.    *Premal Shah, P.E., President, Heger Dry Dock, Inc.*  Mr. Shah has been

DISCLOSURE OF EXPERT TESTIMONY - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\120355\220045\AMU\30300852.1

1  retained to provide expert opinion as to the drydock, what it would take to sink it, and
2  reasons why the dry dock may have sunk.

3    3. *Mike Naylor, Principal, Heger Dry Dock, Inc.* Mr. Naylor has been retained
4  to provide expert opinion as to the drydock, what it would take to sink it, and the reasons
5  why the dry dock may have sunk.

6    4. *Greg Challenger, Polaris Applied Sciences, Inc.* Mr. Challenger has been
7  retained to provide expert opinion as to damages related to the sinking of the dry dock, in
8  particular how damages, mitigation, cooperation, etc. affect final determination of penalties
9  and damages assessed by NOAA under the National Marine Sanctuaries act..

10    5. *Captain Russ Johnson.* Capt. Johnson has been retained to provide an expert
11  opinion as to marine towing operations, seamanship, and professional standards of care.

12    6. *Ken Campbell, Commanders Weather*. Mr. Campbell has been retained to
13  provide expert opinion as to weather, forecasting, routing, and the availability of weather
14  information during the voyage.

15    7. As fact discovery is ongoing, Vigor reserves the right to add additional
16  experts to this disclosure, and will amend same as necessary.

17  Dated this 5th day of March, 2021.

18                    SCHWABE, WILLIAMSON & WYATT, P.C.

20  By:   */s/ David R. Boyajian*
         David R. Boyajian, WSBA #50195
21       Email:  dboyajian@schwabe.com
         Noah Jarrett, WSBA #31117
22       Email:  njarrett@schwabe.com
         1211 SW 5th Ave., Suite 1900
23       Portland, OR  97204
         *Attorneys for Vigor Marine, LLC*

DISCLOSURE OF EXPERT TESTIMONY - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503.222.9981

PDX\120355\220045\AMU\30300852.1

**CERTIFICATE OF SERVICE**

I hereby certify that on 5th day of March, 2021, I served the following NOTICE OF APPEARANCE on:

> Anthony J. Gaspich
> Attorney
> Gaspich Law Office PLLC
> 8094 Barthrop Pl. NE
> Bainbridge Island, WA 98110
> (206) 956-4204
> (206) 956-4214
> tony@gaspichwilliams.com
>
> J. Stephen Simms (pro hac vice application pending)
> Simms Showers LLP
> 201 International Circle, Suite 250
> Baltimore, MD 21030
> (410) 783-5795
> (410) 510-1789
> jssimms@simmsshowers.com

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

DATED this 5th day of March, 2021.

*/s/ David R. Boyajian*
David R. Boyajian, WSBA #50195

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981

PDX\120355\220045\AMU\30300852.1