THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>　　　　Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00416-RSM<br><br>PRAECIPE |

Vigor's Surreply at ECF No. 57 was improperly formatted. Vigor respectfully requests that the Court consider the Corrected Surreply, corrected for formatting only.

Dated this 24th day of May, 2021.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/ Molly J. Henry
David R. Boyajian, WSBA #50195
Email: dboyajian@schwabe.com
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
Adam P. Murray, WSBA #48553
Email: amurray@schwabe.com
Molly J. Henry, WSBA #40818
Email: mhenry@schwabe.com
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
*Attorneys for Vigor Marine, LLC*

PRAECIPE - 1

## CERTIFICATE OF SERVICE

I hereby certify that on 24th day of May, 2021, I served the following PRAECIPE on:

Anthony J. Gaspich
Gaspich Law Office PLLC
8094 Barthrop Pl. NE
Bainbridge Island, WA 98110
tony@gaspichwilliams.com

J. Stephen Simms (pro hac vice)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, MD 21030
jssimms@simmsshowers.com

☒ by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel.

                                          */s/ Molly J. Henry*
                                          Molly J. Henry

PDX\MJHE\30918179.1

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone: 503-222-998