HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 20-416 RSM<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL |

COMES NOW Plaintiff WESTERN TOWBOAT COMPANY and hereby gives notice that its local counsel, Anthony J. Gaspich, will be unavailable and out of the country from **August 28, 2021, through September 22, 2021**, inclusive.

Western Towboat Company's co-counsel, S. Steven Sims, will be available during this period to cover any Court conference, hearing, or other matter in this case be filed, noted, or set during that time.

///

///

///

NOTICE OF UNAVAILABILITY OF COUNSEL - 1

**Gaspich Law Office PLLC**
8094 Barthrop Pl NE
Bainbridge Island, WA 98110
Tel. (206) 956-4204
Fax: (206) 956-4214

Dated this 24th day of August, 2021.

| GASPICH LAW OFFICE PLLC | SIMMS SHOWERS LLP |
|---|---|
| s/ *Anthony J. Gaspich* <br> Anthony J. Gaspich, WSBA No. 19300 <br> 8094 Barthrop Pl NE <br> Bainbridge Island, WA 98110 <br> Tel. (206) 956-4204 <br> Fax: (206) 956-4214 <br> tony@gaspichwilliams.com <br><br> Attorneys for Plaintiff Western Towboat Company | s/ *J. Stephen Simms* <br> J. Stephen Simms (pro hac vice) <br> 201 International Circle, Suite 230 <br> Baltimore, Maryland 21030 <br> Ph: 410-783-5795 <br> Fax 410-510-1789 <br> jssimms@simmsshowers.com <br><br> Attorneys for Plaintiff Western Towboat Company |

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF, which will send notification of such filing to:

David R. Boyajian at dboyajian@schwabe.com, and Noah Jarrett at njarrett@schwabe.com

                                           s/ *Anthony J. Gaspich* <br>
                                           Anthony J. Gaspich

NOTICE OF UNAVAILABILITY OF COUNSEL - 2

**Gaspich Law Office PLLC** <br>
8094 Barthrop Pl NE <br>
Bainbridge Island, WA 98110 <br>
Tel. (206) 956-4204 <br>
Fax: (206) 956-4214