The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| Western Towboat Company, | * | |
| Plaintiff, | * | **IN ADMIRALTY** |
| v. | * | C. A. 20-416-RSM |
| Vigor Marine, LLC, | * | NOTICE – FILING OF PROPOSED FINAL JUDGMENT |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

In response to Vigor Marine's proposed final judgment, emailed to the Court, Western Towboat objects to the Vigor proposal as inconsistent with Fed. R. Civ. P. 54(a) ("A judgment should not include recitals of pleadings, a master's report, or a record of prior proceedings [ ]") and the direction of this Court's Bench Order, Findings of Fact, and Conclusions of Law, Dkt. #113, at 36 that Vigor "shall submit a proposed **judgment** to the Court on or before December 30, 2021, consistent with the above findings of fact and conclusions of law." (emphasis added).

Western files with this Notice, a proposed final judgment consistent with Fed. R. Civ. P. 54(a) and this Court's Bench Order, Dkt. #113.

---

Notice - Western Towboat's
Proposed Final Judgment - 1

**Simms Showers LLP**
201 International Circle
Baltimore, MD 21030
Tel.  (443) 290-8704
Fax: (410) 510-1789

DATED this 31st day of December, 2021.

Respectfully Submitted,

| **GASPICH LAW OFFICE PLLC** | **SIMMS SHOWERS LLP** |
|---|---|
| s/ *Anthony J. Gaspich* <br> Anthony J. Gaspich, WSBA No. 19300 <br> Gaspich Law Office PLLC <br> 8094 Barthrop Pl NE <br> Bainbridge Island, WA 98110 <br> Tel. (206) 956-4204 <br> Fax: (206) 956-4214 <br> tony@gaspichwilliams.com <br><br> Attorneys for Plaintiff Western Towboat Company | /s/ *J. Stephen Simms* <br> J. Stephen Simms <br> 201 International Circle, Suite 230 <br> Baltimore, Maryland 21030 <br> Ph: 410-783-5795 <br> Fax 410-510-1789 <br> jssimms@simmsshowers.com <br><br> Attorneys for Plaintiff Western Towboat Company |

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2021, I caused the foregoing to be filed on this Court's CM/ECF system for service on Vigor's counsel as follows:

David R. Boyajian
Noah Jarrett
Schwabe, Williamson & Wyatt, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
dboyajian@schwabe.com
njarrett@schwabe.com

/s/ J. Stephen Simms
J. Stephen Simms

Notice - Western Towboat's Proposed Final Judgment - 2

Simms Showers LLP
201 International Circle
Baltimore, MD 21030
Tel. (443) 290-8704
Fax: (410) 510-1789