# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>             Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C20-0416-RSM |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1. Plaintiff Western Towboat's breach of contract claim is dismissed with prejudice;

    2. Defendant Vigor Marine is awarded $40,000 in damages on its counterclaim for maritime negligence, plus pre-judgment interest in the amount of $576.08.

    3. This judgment shall bear interest from the date of entry at the prevailing rate under 28 U.S.C. § 1981, which is 0.27% per annum from December 16, 2021.

    Dated this 7th day of January, 2022.

                                                               Ravi Subramanian
                                                              Clerk of Court

                                                              *s/Serge Bodnarchuk*
                                                              Deputy Clerk