The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>    Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00416-RSM<br><br>STIPULATED MOTION TO EXTEND FED. R. CIV. P. 54 / LCR 54(d)(1) DEADLINES<br><br>File Date: January 13, 2022 |

The parties, Vigor Marine, LLC ("Vigor") and Western Towboat Company ("Western"), by and through their undersigned counsel of record, jointly move that this Court order that the deadlines of Fed. R. Civ. P. 54 / LCR 54(d)(1) for filing a bill of costs and any necessary affidavits or evidence substantiating the amount and reasonableness of recoverable attorney fees (if the Court determines either party is entitled to same) be extended to 21 days after either:

    1.    The passing of the last date to note any appeal pursuant to Federal Rule of Appellate Procedure 4 of this Court's January 7, 2022 Final Judgment [ECF 115], with no appeal so noted; or

    2.    If appeal is so noted, within 21 days after the issue of a mandate of the

United States Court of Appeals or dismissal of appeal and remand to this Court by the United States Court of Appeals, or if *certiorari* is petitioned to the Supreme Court of the States, the date of the denial of the petition of *certiorari*, or if the petition is granted, of the final decision and any remand to this Court of the Supreme Court of the United States.

**IT IS SO STIPULATED:**

Dated this 13th day of January, 2022.

                                                                           SCHWABE, WILLIAMSON & WYATT, P.C.

By:   */s/ David R. Boyajian*
       David R. Boyajian, WSBA #50195
       Email:  dboyajian@schwabe.com
       Noah Jarrett, WSBA #31117
       Email:  njarrett@schwabe.com
       Adam P. Murray, WSBA #48553
       Email: amurray@schwabe.com
       Molly J Henry, WSBA #40818
       Email: mhenry@schwabe.com
       Christopher H. Howard, WSBA #11074
       Email: choward@schwabe.com
       *Attorneys for Vigor Marine, LLC*

Dated this 13th day of January, 2022.

                                                                           GASPICH LAW OFFICE PLLC

By:   */s/ Anthony J. Gaspich*
       Anthony J. Gaspich, WSBA #19300
       Email:  tony@gaspichwilliams.com
       *Co-Counsel for Plaintiff Western Towboat Company*

Dated this 13th day of January, 2022.

SIMMS SHOWERS LLP

By:     */s/ J. Stephen Simms*
            J. Stephen Simms, *Pro Hac Vice*
            Email: jssimms@simmsshowers.com
            *Co-Counsel for Plaintiff Western Towboat Company*

APPROVED AND SO ORDERED this 14th day of January, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE