The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN TOWBOAT COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>VIGOR MARINE, LLC,<br><br>    Defendant. | IN ADMIRALTY<br><br>Case No. 2:20-cv-00416-RSM<br><br>**STIPULATED MOTION TO EXTEND FED. R. APP. P. 4 DEADLINE FOR FILING A NOTICE OF APPEAL AND TO EXTEND FED. R. CIV. P. 62(a) STAY OF EXECUTION**<br><br>File Date: January 31, 2022 |

**Motion for Extension of Deadline to File Notice of Appeal**

    The parties, Vigor Marine, LLC ("Vigor") and Western Towboat Company ("Western"), by and through their undersigned counsel of record, jointly move that this Court order that the deadline of Fed. R. App. P. 4 for filing a notice of appeal be extended by 30 days.  Under Fed. R. App. P. 4(a)(5)(A), the district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by Rule 4(a) expires; and (ii) that party shows excusable neglect or good cause.  Because the Court entered judgment in this case on January 7, 2022 (ECF No. 115), this motion for extension is timely under Fed. R. App. P 4(a)(5)(A)(i).  Regarding the good cause showing,

the parties agree that their pending cross motions on entitlement to fees (ECF No. 117 and ECF No. 120) show good cause for an extension of the time to file a notice of appeal. Accordingly, the parties respectfully ask the Court to grant this motion and extend the deadline for a notice of appeal from the original February 7, 2022 deadline to March 9, 2022.

**Motion for Extension of Stay of Proceedings to Enforce a Judgment**

Federal Rule of Civil Procedure 62(a) provides for a 30-day stay of proceedings to enforce a judgment "unless the court orders otherwise." The parties agree that in light of the their cross motions on entitlement to fees and the above motion for extension of the deadline to file a notice of appeal, it is appropriate to extend the Rule 62(a) stay by 30 days. Accordingly, the parties respectfully ask the court to grant this motion and extend the Rule 62(a) stay from February 7, 2022 to March 9, 2022.

**IT IS SO STIPULATED:**

Dated this 31st day of January, 2022.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: */s/ David R. Royajian*
David R. Boyajian, WSBA #50195
Email: dboyajian@schwabe.com
Noah Jarrett, WSBA #31117
Email: njarrett@schwabe.com
Adam P. Murray, WSBA #48553
Email: amurray@schwabe.com
Molly J Henry, WSBA #40818
Email: mhenry@schwabe.com
Christopher H. Howard, WSBA #11074
Email: choward@schwabe.com
*Attorneys for Vigor Marine, LLC*

Dated this 31st day of January, 2022.

        GASPICH LAW OFFICE PLLC

        By:    <u>/s/ Anthony J. Gaspich</u>
                 Anthony J. Gaspich, WSBA #19300
                 Email:  tony@gaspichwilliams.com
                 *Co-Counsel for Plaintiff Western Towboat Company*

Dated this 31st day of January, 2022.

        SIMMS SHOWERS LLP

        By:    <u>/s/ J. Stephen Simms</u>
                 J. Stephen Simms, *Pro Hac Vice*
                 Email:  jssimms@simmsshowers.com
                 *Co-Counsel for Plaintiff Western Towboat Company*

APPROVED AND SO ORDERED this 2nd day of February, 2022.

        _____
        RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE