The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | | |
|---|---|---|---|
| Western Towboat Company, | | * | |
| Plaintiff, | | * | **IN ADMIRALTY** |
| v. | | * | C. A. 20-416-RSM |
| Vigor Marine, LLC, | | * | |
| Defendant. | | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF CIVIL APPEAL

Notice is hereby given that Western Towboat Company appeals to the United States Court of Appeals for the Ninth Circuit from the following Orders and Judgment this case:

| 06/21/2021 | 77 | ORDER RE: MOTIONS FOR SUMMARY JUDGMENT. The Court GRANTS IN PART AND DENIES IN PART 39 Vigor's motion and DENIES 42 Western's motion. Western's claim for declaratory judgment and Vigor's counterclaim for maritime negligence, to the extent it seeks prospective determinations of liability under the NMSA, are DISMISSED for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12 (h)(3); Summary judgment is DENIED |
|---|---|---|

Notice of Civil Appeal - 1

**Simms Showers LLP**
201 International Circle, Ste 230
Baltimore, Maryland 21030
Ph:  410-783-5795
Fax 410-510-1789

| | | |
|---|---|---|
| | | on parties' cross-claims for breach of contract; Summary judgment is GRANTED on Vigor's counterclaim for maritime negligence. Signed by Judge Ricardo S. Martinez. (PM) (Entered: 06/21/2021) |
| 06/23/2021 | 81 | ORDER denying Plaintiff-Counterclaim Defendant Western Towboat Company's 80 Motion for Reconsideration. Signed by Judge Ricardo S. Martinez. (PM) (Entered: 06/23/2021) |
| 06/25/2021 | 90 | ORDER RE: MOTIONS IN LIMINE re Plaintiff-Counterclaim Defendant Western Towboat Company's 67 Motions in Limine; re Defendant-Counterclaim Plaintiff Vigor Marine, LLC's 64 Motions in Limine; re parties' 66 Stipulated Motion in Limine. The Court hereby finds and ORDERS that the Motions in Limine (Dkts. # 67 , # 64 ) are GRANTED, DENIED and DEFERRED as stated in this order. Signed by Judge Ricardo S. Martinez. (PM) (Entered: 06/25/2021) |
| 10/13/2021 | 108 | ORDER re: Parties' Post-Trial Briefing denying Plaintiff's 99 Motion for Judgment. Signed by Judge Ricardo S. Martinez. (SB) (Entered: 10/13/2021) |
| 12/16/2021 | 113 | BENCH ORDER, FINDINGS OF FACT, AND CONCLUSIONS OF LAW. Defendant-Counterclaim Plaintiff Vigor Marine, LLC shall recover $40,000.00 in damages, plus pre-judgment interest to run from 10/25/2016 until the date of this Order, and post-judgment interest to run from the date of this order until paid in full; Defendant-Counterclaim Plaintiff Vigor Marine, LLC shall submit a proposed judgment to the Court on or before 12/30/2021, consistent with the above findings of fact and conclusions of law. Signed by Judge Ricardo S. Martinez. (SB) (Entered: 12/16/2021) |
| 01/07/2022 | 115 | JUDGMENT BY COURT. Plaintiff Western Towboat's breach of contract claim is dismissed with prejudice. |

Notice of Civil Appeal - 2

**Simms Showers LLP**
201 International Circle, Ste 230
Baltimore, Maryland 21030
Ph:  410-783-5795
Fax 410-510-1789

| | | Defendant Vigor Marine is awarded $40,000 in damages on its counterclaim for maritime negligence, plus pre-judgment interest in the amount of $576.08. This judgment shall bear interest from the date of entry at the prevailing rate under 28 U.S.C. § 1981, which is 0.27% per annum from 12/16/2021. (SB) (Entered: 01/07/2022) |
|---|---|---|

DATED this 4th day of March, 2022.

| **GASPICH LAW OFFICE PLLC** | **SIMMS SHOWERS LLP** |
|---|---|
| *s/ Anthony J. Gaspich* <br> Anthony J. Gaspich, WSBA No. 19300 <br> Gaspich Law Office PLLC <br> 8094 Barthrop Pl NE <br> Bainbridge Island, WA 98110 <br> Tel. (206) 956-4204 <br> Fax: (206) 956-4214 <br> tony@gaspichwilliams.com <br><br> Attorneys for Plaintiff Western Towboat Company | /s/ *J. Stephen Simms* <br> J. Stephen Simms (*pro hac vice*) <br> 201 International Circle, Suite 230 <br> Baltimore, Maryland 21030 <br> Ph:  410-783-5795 <br> Fax 410-510-1789 <br> jssimms@simmsshowers.com <br><br> Attorneys for Plaintiff Western Towboat Company |

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I caused the foregoing Notice of Appeal to be served through the Court's e-filing system on Vigor's counsel as follows:

> David R. Boyajian, Esq.
> Noah Jarrett, Esq.
> Schwabe, Williamson & Wyatt, P.C.
> 1211 SW 5th Ave., Suite 1900
> Portland, OR 97204
> dboyajian@schwabe.com
> njarrett@schwabe.com

/s/ J. Stephen Simms <br>
J. Stephen Simms

Notice of Civil Appeal - 3

**Simms Showers LLP**
201 International Circle, Ste 230
Baltimore, Maryland 21030
Ph:  410-783-5795
Fax 410-510-1789