THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| Western Towboat Company, | * | |
| Plaintiff, | * | **IN ADMIRALTY** |
| v. | * | Case No. C20-416-RSM |
| Vigor Marine, LLC, | * | **ORDER FOR WITHDRAWAL AND** |
| Defendant. | * | **SUBSTITUTION OF COUNSEL** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ORDER**

Pursuant to the parties' Stipulation it is hereby Ordered:

Anthony J. Gaspich, Gaspich Law Office PLLC, 8094 Barthrop Pl NE, Bainbridge Island, WA 98110 is withdrawn as Attorney of Record for Western Towboat Company; and J. David Stahl, Mundt MacGregor L.L.P., 271 Wyatt Way NE, Suite 106, Bainbridge Island, Washington 98110 is hereby substituted as Attorney of Record for defendant Western Towboat Company; and

Copies of all further papers and proceedings herein, except original process, shall be served upon the substituting Attorney of Record.

ORDERED this 15th day of March, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE